IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COPPER HILL, INC., | CASE NO. 5:11-cv-03714 EJD |
| Plaintiff(s), | **ORDER REMANDING ACTION** |
| v. | |
| DEBORAH J. CABRAL, | |
| Defendant(s). | |

On September 14, 2011, the court issued an Order requiring the filing, by September 26, 2011, of a either a voluntary dismissal of this action by Plaintiff or a stipulation for dismissal. The court indicated it would summarily remand this matter to the Superior Court for failure to comply with the Order.

To date, the parties have not complied as directed. Accordingly, this action is remanded to the Superior Court of California, County of Santa Clara, pursuant to 28 U.S.C. § 1446(c)(4), as no basis for federal jurisdiction exists upon a review of the Notice of Removal and its attached documents. See Vaden v. Discovery Bank, 129 S. Ct. 1262, 1272 (2009). The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: September 27, 2011

EDWARD J. DAVILA
United States District Judge

CASE NO. 5:11-cv-03714 EJD
ORDER REMANDING ACTION (EJDLC1)

1